**Exhibit A to the Complaint**

**Location:** Cupertino, CA  **IP Address:** 73.158.58.74
**Total Works Infringed:** 23  **ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 922F5E68E8D6E3C22D031B933D6C388FE4C27092<br>File Hash:<br>C5B6F47BB9F28703BBADEFCAC5DC08A12DCD47A4FE9D4839A07376F1B1B99003 | 04-11-2022 09:44:54 | Vixen | 04-01-2022 | 04-23-2022 | PA0002346428 |
| 2 | Info Hash: BF304ED8602E82E886BD73E5DC682FBE1153BCAB<br>File Hash:<br>CADB8193E6B0AD6AFB84E5EC8E0EEE53C840DCB7716383E2F96FFDFC34AFE268 | 04-02-2022 10:01:46 | Vixen | 02-25-2022 | 03-29-2022 | PA0002342849 |
| 3 | Info Hash: 89EE75C4CCFA66A46B157BD0161B6A9B93065DE2<br>File Hash:<br>3242495C255C7804D8C50FD313C8D9314AACB505B3AB88939A4E2736EC022E80 | 03-19-2022 08:57:53 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |
| 4 | Info Hash: 291FBDCCB166E2B3BABD1BBBEDC629EC375EEB32<br>File Hash:<br>953B4FA05464C77F34EA401CB5807830535C64655212BEFFD41DC609249E6C56 | 03-19-2022 07:38:20 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 5 | Info Hash: EFDB886D8D69B8D7CC31153066C52424FA716283<br>File Hash:<br>93102C27DC519B2CE7C98574FF209BD6AC36DFAEC9CD1A7A0B39FAA5828B69F7 | 02-25-2022 04:30:17 | Vixen | 06-23-2018 | 07-26-2018 | PA0002112155 |
| 6 | Info Hash: 784EAD97D01394B3AB3CC216609229E74E62D815<br>File Hash:<br>C6B3C3AFD748444DE2D5E0068BEC1A360ABF39BACD2FE620AD892B37AEF49EB8 | 02-22-2022 08:06:43 | Vixen | 04-14-2017 | 06-16-2017 | PA0002069289 |
| 7 | Info Hash: D3EDAC21C9401DD17F2B15457DAB1D3CD69AA1FA<br>File Hash:<br>EBEAA8753DF42B6C70A6CCEBA959D8BB05923123BFFAB51B1CDB9AFD9D78FEDD | 02-17-2022 06:58:09 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 8 | Info Hash: 244664A7F4C1AD804D7BEF83F65271F67AED412A<br>File Hash:<br>48657727EC5D4F95869C2C416EEA82F47C7D391D30F3AEC293BD9FA27910704F | 02-02-2022 07:24:22 | Vixen | 01-28-2022 | 03-04-2022 | PA0002345791 |
| 9 | Info Hash: 9F60EBB81F4C2CC20B87E20A0DF8F2F146FAF3DE<br>File Hash:<br>66C17539B3EB7FD12B6862F331F6C960DB542F9885E0A225FFF373C780097FE1 | 01-16-2022 07:43:38 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 10 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash:<br>54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 11-19-2021 05:36:18 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 11 | Info Hash: 53DD9DA9E0B24B4961098D0683C348309445E260<br>File Hash:<br>3002D9E0CED03E51D4E8365767F09942B9625B1791D889AFE490113BAF34F82E | 10-31-2021 08:59:45 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: C340030059AF08957371330E339FB3AA67E8FFDB<br>File Hash: 6BA96B48297951EA5CD38799CC99EBF61F1A282C5634BBFF3688E1D6989D64C4 | 10-31-2021 06:16:06 | Blacked Raw | 05-17-2019 | 07-05-2019 | PA0002206002 |
| 13 | Info Hash: 7C99E492EC61646CED06952C682B68AACFCD7C33<br>File Hash: 7065F8A4A31E575DD63240B683BF3D1777AFE7B881F5FD81849D9BD1F9CE80DA | 10-31-2021 05:58:24 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |
| 14 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA<br>File Hash: 1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 10-31-2021 05:57:37 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 15 | Info Hash: 051A52EFFAA41578BB5F4F7EDE4827997D21BC4C<br>File Hash: 55A1FA72FC61AD5D1ED91299E2C17F3A780F20014A987675F2E69F86B4468AA7 | 10-31-2021 05:36:52 | Vixen | 07-23-2018 | 09-05-2018 | PA0002135670 |
| 16 | Info Hash: D9F6076D4145F5E574FFDE66993B5D70E7E3CBE5<br>File Hash: 39B5A5580E39240898CA0E2F034DFD8ACCD0C18D98E2EE291BC07B4E336BED5C | 09-29-2021 06:23:15 | Vixen | 09-17-2021 | 10-05-2021 | PA0002315292 |
| 17 | Info Hash: 000CD8F111AC1C34A6DE055C92D0D2FB79216BBC<br>File Hash: 1548260573446D897DD8FECCE4DD6089BA66D51E25671C99C0534EB819B1143A | 09-19-2021 07:39:10 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 18 | Info Hash: 09B25396BAE7CAF1675EFF10B02679AD119B85C2<br>File Hash: 4ADF54A32B6C95E8B5EC117CB4647E7BD0BF1C371865CF19DC19FC1483F8AAA0 | 09-06-2021 09:08:23 | Vixen | 05-14-2021 | 06-03-2021 | PA0002299686 |
| 19 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 09-06-2021 08:27:52 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 20 | Info Hash: 08A86B846C7628DDD8EA2B93D90A0EDE2805C010<br>File Hash: E6E798945A23CEB8957A42569C60FD1617F141EA7E85B11FE447F6D9D7DF8D8C | 09-06-2021 08:17:41 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 21 | Info Hash: E446942F4BBFBF5F2C32AAE0B632138FF5C915CD<br>File Hash: FF9585E7DB4E2C84A63A87F7A0DF0F396AA60CFF08DE4BB115A977B9C0D5CA5E | 08-23-2021 07:38:14 | Vixen | 08-06-2021 | 08-23-2021 | PA0002308435 |
| 22 | Info Hash: 4E09CCA0246A2BF6989481994B04C0BC7C6B8180<br>File Hash: B3E7D4C69B1947521E58A91246227A44788A1F197CE0E0769394DEEE8A56BB4D | 05-22-2021 07:45:39 | Vixen | 04-23-2021 | 04-27-2021 | PA0002288949 |
| 23 | Info Hash: 4577E56ABE4B7F3BA8A72106C4F58220F426B639<br>File Hash: 37CFD558D71D865BB724D5696BBD89C3D2B21AB67276C421F661E3BB18299DD4 | 03-27-2021 07:43:40 | Vixen | 03-30-2017 | 06-05-2017 | PA0002052862 |